MINNIE C. MICHEL, as Executrix of SOPHIA M. CALLA-HAN, Deceased, Respondent, *v.* CAMILLA CALLAHAN, Appellant, Impleaded with Another.

*Michel* v. *Callahan*, 145 App. Div. 907, affirmed.
(Argued March 27, 1912; decided April 12, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine the title to the proceeds of a certificate of life insurance.

*George D. Forsyth* and *Elmer E. Wyckoff* for appellant.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., WERNER and COLLIN, JJ.